UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-97-MMH-MCR

SHANE TYLER TERRY

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 29, 2020, in the Middle District of Florida, and elsewhere, the defendant,

SHANE TYLER TERRY,

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation.

    3.    The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of $6,000.00, which represents the proceeds of the offense.

    4.    If any of the property described above, as a result of any acts or omissions of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

                                      KARIN HOPPMANN
                                      Acting United States Attorney

By: _____
      LAURA COFER TAYLOR
      Assistant United States Attorney

By: _____
      KELLY S. KARASE
      Assistant United States Attorney
      Deputy Chief, Jacksonville Division